ACCEPTED
01-15-00303-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/3/2015 2:07:37 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00303-CR

**In the First Court of Appeals,
Houston, Texas**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/3/2015 2:07:37 PM

CHRISTOPHER A. PRINE
Clerk

**CALVIN MCCOLLUM AKA GARY WYMORE
Appellant**

**v.**

**THE STATE OF TEXAS
Appellee**

**Appellant's Second Motion for**

**Extension of Time to File Brief**

Respectfully Submitted by:

Joseph Kyle Verret
THE LAW OFFICE OF KYLE VERRET, PLLC
Counsel for Appellant
TBN: 240429432
11200 Broadway, Suite 2743
Pearland, Texas 77584
Phone: 281-764-7071
Fax: 281-764-7071
Email: kyle@verretlaw.com

Submitted:
August 3, 2015

**In the First Court of Appeals,**
**Houston, Texas**

**CALVIN MCCOLLUM AKA GARY WYMORE**
**Appellant**

v.

**THE STATE OF TEXAS**
**Appellee**

**Appellant's Second Motion for**

**Extension of Time to File Brief**

Comes now, Appellant, by and through his undersigned counsel, in the above styled cause and moves this Honorable Court to extend the time for the filing of Appellant's Brief. Per Texas Rule of Appellate Procedure 10.5(b), Appellant provides the following:

**Current Deadline for Filing:** August 3, 2015

**Length of Extension Sought:** Thirty (30) Days

**Number of Previous Extensions Granted:** One.

**Basis for Extensions:**

Appellant's counsel is a solo practitioner with a busy criminal and juvenile defense caseload, which requires regular appearances in court on the part of counsel.

In the thirty days since the filing of the reporter's record in this matter,

Appellant counsel has prepared for trial on an Assault Family Violence case, in the case of The State of Texas v. Warren Jennings in the Cause number of 15-CR-0370 in the 212th Judicial District Court in Galveston County, Texas set for trial on the 13th day of July, 2015.

Additionally, in the thirty days since the filling of the Appellant's First Motion for Time of Extension to File Brief, Counsel has prepared for an evidentiary hearing on a Motion for New Trial on a Possession of a Controlled Substance with Intent to Deliver case, in the case of The State of Texas v, Jose Pablo Hernandez in Cause number 73970, in the 239th Judicial District Court of Brazoria County, Texas that was held on the 30th day of July, 2015.

Additionally, in the thirty days since filing of the Appellant's First Motion for Time of Extension to File Brief, Counsel has prepared for trial in an Assault of a Public Servant case, in the case of The Sate of Texas v. Laquanda Matthews in the cause 13-CR-2885 in the 10th Judicial District Court of Galveston County, Texas set for trial on the 3rd day of August, 2015.

Additionally, in the thirty days since filing of the Appellant's First Motion for Time of Extension to File Brief, Counsel has prepared for trial in an Aggravated Robbery case, in the case of The State of Texas v. Derrick

Holmes in the cause 14-CR-3002 in the 122nd Judicial District Court of Galveston County, Texas set for trial on the 3rd day of August, 2015.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellant requests that this Court grant this Appellant's First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Brief up to and including September 2, 2015. Appellant prays all other relief to which he may be entitled.


Respectfully submitted,

/s/ Joseph Kyle Verret
Joseph Kyle Verret
THE LAW OFFICE OF KYLE VERRET, PLLC
Counsel for Appellant
TBN: 240429432
11200 Broadway, Suite 2743
Pearland, Texas 77584
Phone / Fax: 281-764-7071
Email: kyle@verretlaw.com


**Certificate of Service**

I certify that a true and correct copy of the foregoing Appellant's First

Motion for Extension of Time to File Brief was served on this 3rd day of August, 2015 on the Counsel for the Appellee, Rebecca Klaren, at the Galveston County Criminal District Attorney's Office by e-service through electronic filing.


/s/ Joseph Kyle Verret
Joseph Kyle Verret
TBN: 2402932